IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KEVIN INGRAM                                                                                              PLAINTIFF

v.                                          No. 5:06CV00208 JLH

PINE BLUFF NATIONAL BANK                                                                     DEFENDANT

## JUDGMENT

Pursuant to the Opinion entered separately today, judgment is hereby entered in favor of Pine Bluff National Bank on all claims of Kevin Ingram. The complaint of Kevin Ingram is hereby dismissed with prejudice.

IT IS SO ORDERED this 20th day of April, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE